```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANCO HASOU,
```

                              Plaintiff,                   **ORDER DISMISSING CASE**

      -against-                                         20-CV-4516 (RER)

```
UR JADDOU, DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

                        Defendant.
---------------------------------------------------------------X
```

**RAMÓN E. REYES, JR., United States District Judge:**

ORDER DISMISSING CASE: On August 23, 2024, the Second Circuit on appeal affirmed District Judge Carol Bagley Amon's denial of Plaintiff's motion for attorney's fees. (ECF No. [63]). Because the underlying case was previously deemed moot (*see* ECF Minute Entry dated 6/1/2023), the case is to be closed.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: February 14, 2025
      Brooklyn, NY